GIBSON, DUNN & CRUTCHER LLP
Katherine V.A. Smith, SBN 247866
ksmith@gibsondunn.com
Elizabeth A. Dooley, SBN 292358
edooley@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

GIBSON, DUNN & CRUTCHER LLP
Jason C. Schwartz (*pro hac vice* application forthcoming)
jschwartz@gibsondunn.com
Greta B. Williams, SBN 267695
gbwilliams@gibsondunn.com
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Attorneys for Defendant VOX MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMRYN SPRUILL, individually and on behalf of all those similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>VOX MEDIA, INC., a Delaware corporation (d.b.a. SB NATION); and DOES 1 to 10 inclusive,<br><br>        Defendants. | CASE NO. 18-cv-06807<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT VOX MEDIA, INC.**<br><br>[Removal from the Superior Court of the State of California, County of Alameda, Case No. RG 18921742]<br><br>Action Filed:    September 21, 2018 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Greta B. Williams of the law firm Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (267695) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an attorney of record for Defendant Vox Media, Inc., in the above-captioned case.

> Greta B. Williams
> GIBSON DUNN & CRUTCHER LLP
> 1050 Connecticut Ave., N.W.
> Washington, D.C. 20036-5306
> Telephone:  202.955.8500
> Facsimile:  202.467.0539
> Email: gbwilliams@gibsondunn.com

Dated:  November 9, 2018            GIBSON, DUNN & CRUTCHER LLP

                                    By:  */s/ Greta B. Williams*
                                         Greta B. Williams

                                    GIBSON, DUNN & CRUTCHER LLP
                                    Katherine V.A. Smith, SBN 247866
                                    ksmith@gibsondunn.com
                                    Elizabeth A. Dooley, SBN 292358
                                    edooley@gibsondunn.com
                                    333 South Grand Avenue
                                    Los Angeles, CA 90071-3197
                                    Telephone:   213.229.7000
                                    Facsimile:   213.229.7520

                                    GIBSON, DUNN & CRUTCHER LLP
                                    Jason C. Schwartz (*pro hac vice* application forthcoming)
                                    jschwartz@gibsondunn.com
                                    Greta B. Williams, SBN 267695
                                    gbwilliams@gibsondunn.com
                                    1050 Connecticut Ave., N.W.
                                    Washington, D.C. 20036-5306
                                    Telephone: 202.955.8500
                                    Facsimile:  202.467.0539

                                    ***Attorneys for Defendant Vox Media, Inc.***

# PROOF OF SERVICE

I, Robin McBain, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State.  On November 9, 2018, I served the following document(s):

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT VOX MEDIA, INC.**

on the parties stated below, by the following means of service:

*<u>Attorneys for Plaintiffs</u>*

David Borgen (SBN 099354)
dborgen@gbdhlegal.com
Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Ginger L. Grimes (SBN 307168)
ggrimes@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN &
  HO
300 Lakeside Drive, Ste. 1000
Oakland, CA 94612
Tel: (510) 763-9800
Fax: (510) 835-1417

Marc L. Gelman (PA Bar No. 78,857)
mgelman@jslex.com
Maureen W. Marra (PA Bar No. 309,865)
mmarra@jslex.com
James E. Goodley (PA Bar No. 315,331)
jgoodley@jslex.com
Ryan P. McCarthy (PA Bar No. 323,125)
rmccarthy@jslex.com
JENNINGS SIGMOND, P.C.
1835 Market Street, Ste. 2800
Philadelphia, PA 19103
Tel: (215) 922-6700
Fax: (215) 922-3524

☑ **BY OVERNIGHT DELIVERY**: On the above-mentioned date, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

☑ **BY ELECTRONIC SERVICE**: On the above-mentioned date, the documents were sent to the persons at the electronic notification addresses as shown above.

☑ I am employed in the office of Greta B. Williams, a member of the bar of this court, and the foregoing document(s) was(were) printed on recycled paper.

☑ **(FEDERAL)**         I declare under penalty of perjury that the foregoing is true and correct.


Dated:  November 9, 2018            By:    */s/ Robin McBain*
                                                  Robin McBain

PROOF OF SERVICE