GIBSON, DUNN & CRUTCHER LLP
Katherine V.A. Smith, SBN 247866
ksmith@gibsondunn.com
Elizabeth A. Dooley, SBN 292358
edooley@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

GIBSON, DUNN & CRUTCHER LLP
Jason C. Schwartz (*pro hac vice* application forthcoming)
jschwartz@gibsondunn.com
Greta B. Williams, SBN 267695
gbwilliams@gibsondunn.com
Ryan C. Stewart (*pro hac vice* application forthcoming)
rstewart@gibsondunn.com
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Attorneys for Defendant VOX MEDIA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TAMRYN SPRUILL, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOX MEDIA, INC., a Delaware corporation (d.b.a. SB NATION); and DOES 1 to 10 inclusive,<br><br>Defendants. | CASE NO. 18-cv-06807<br><br>**DECLARATION OF KATHERINE V.A. SMITH IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, STAY, OR TRANSFER PROCEEDINGS**<br><br>[Removal from the Superior Court of the State of California, County of Alameda, Case No. RG 18921742]<br><br>Action Filed:   September 21, 2018<br><br>**Hearing**:<br>Date:        January 15, 2019<br>Time:       2:00 p.m.<br>Place:       Courtroom E, 15th Floor<br>Judge:      The Hon. Elizabeth D. LaPorte |

Gibson, Dunn & Crutcher LLP

DECLARATION OF KATHERINE V.A. SMITH IN SUPPORT OF DEFENDANT'S MOTION
TO DISMISS, STAY, OR TRANSFER PROCEEDINGS – No. 18-cv-06807

# DECLARATION OF KATHERINE V.A. SMITH

I, Katherine V.A. Smith, declare as follows:

1. I am an attorney admitted to practice law before all courts of the State of California and in the United States District Court for the Northern District of California. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys primarily responsible for the representation of Defendant Vox Media, Inc. in this matter. I make this declaration in support of the Motion by Defendant Vox Media, Inc. to Dismiss, Stay, or Transfer this case pursuant to the first-to-file rule. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Collective Action Complaint, which plaintiffs filed on September 1, 2017, in *Bradley v. Vox Media, Inc.*, No. 1:17-cv-01791-RMC (D.D.C.) ("*Bradley*"), Dkt. 1.

3. Attached hereto as **Exhibit B** is a true and correct copy of Vox Media's Motion To Dismiss The Complaint, filed on October 9, 2017, in *Bradley*, Dkt. 13.

4. Attached hereto as **Exhibit C** is a true and correct copy of the First Amended Collective Action Complaint, which plaintiffs filed on October 23, 2017, in *Bradley*, Dkt. 16.

5. Attached hereto as **Exhibit D** is a true and correct copy of Vox Media's Partial Motion To Dismiss Plaintiffs' First Amended Complaint, filed on November 6, 2017, in *Bradley*, Dkt. 21.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Memorandum Opinion on Vox Media's Partial Motion To Dismiss Plaintiff's First Amended Complaint, issued by United States District Judge Rosemary M. Collyer on September 4, 2018, in *Bradley*, Dkt. 29.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Order on Vox Media's Partial Motion to Dismiss Plaintiffs' First Amended Complaint, issued by United States District Judge Rosemary M. Collyer on September 4, 2018, in *Bradley*, Dkt. 30.

8. Attached hereto as **Exhibit G** is a true and correct copy of plaintiffs' Motion for Conditional Certification, filed on October 23, 2017, in *Bradley*, Dkt. 17.

9. Attached hereto as **Exhibit H** is a true and correct copy of Tamryn Spruill's Consent To Join Collective Action Lawsuit, filed on September 24, 2018, in *Bradley*, Dkt. 32.

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF KATHERINE V.A. SMITH IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, STAY, OR TRANSFER PROCEEDINGS – No. 18-cv-06807

1    I declare under penalty of perjury under the laws of the United States that the foregoing is true
2 and correct.
3    Executed on this 16th day of November 2018 in, Los Angeles, California.

*/s/ Katherine V.A. Smith*
Katherine V.A. Smith

Gibson, Dunn & Crutcher LLP

2
DECLARATION OF KATHERINE V.A. SMITH IN SUPPORT OF DEFENDANT'S MOTION
TO DISMISS, STAY, OR TRANSFER PROCEEDINGS – No. 18-cv-06807