AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Tamryn Spruill ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-00160-RMC |
| Vox Media, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Vox Media, Inc.                                                                                   .

Date:   1/28/2019

/s/ Jason C. Schwartz
*Attorney's signature*

Jason C. Schwartz  Bar No. 465837
*Printed name and bar number*

Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5306
*Address*

jschwartz@gibsondunn.com
*E-mail address*

(202) 955-8500
*Telephone number*

(202) 467-0539
*FAX number*