# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHERYL C. BRADLEY, *et al.*, for themselves and on behalf of all persons similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>VOX MEDIA, INC., d/b/a SB NATION,<br><br>  Defendant. | Case No. 1:17-cv-01791 (CRC) |
| TAMRYN SPRUILL, *et al*., for themselves and on behalf of all persons similarly situated<br><br>  Plaintiff,<br><br>  v.<br><br>VOX MEDIA, INC., d/b/a SB NATION,<br><br>  Defendant. | Case No. 1:19-cv-00160 (CRC) |
| PATRICK REDDINGTON for himself and on behalf of all persons similarly situated<br><br>  Plaintiff,<br><br>  v.<br><br>VOX MEDIA, INC., d/b/a SB NATION,<br><br>  Defendant. | Case No. 1:20-cv-01793 (CRC) |

**PLAINTIFFS' OMNIBUS UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1

**787017.3**

Named Plaintiffs in the three related cases, *Bradley, et al. v. Vox Media, Inc.*, No. 17-1791 (Plaintiffs Cheryl C. Bradley, John M. Wakefield and Maija Liisa Varda of the "*Bradley* Action"), *Spruill, et al. v. Vox Media, Inc.*, No. 19-160 (Plaintiffs Tamryn Spruill and Jacob Sundstrom of the "*Spruill* Action") and *Reddington v. Vox Media, Inc.*, No. 20-1793 (Plaintiff Patrick Reddington of the "*Reddington* Action") hereby move for preliminary approval of the Class Action Settlement reached between Plaintiffs and Defendant Vox Media, Inc.  Plaintiffs respectfully move the Court, without opposition by Defendant, to grant the following relief:

1. Preliminarily approve the Settlement Agreement, a true and correct copy of which attached hereto as Exhibit C;

2. Finally certify under the FLSA, 29 U.S.C. § 201 *et seq.*, for purposes of settlement, the following Class:

> All individuals who filed valid notices of consent to join the *Bradley* Action ("Opt-In Plaintiffs")—except for those individuals who later withdrew from this Action (the "FLSA Settlement Class")

3. Certify under Fed. R. Civ. P. 23, for purposes of settlement, the following Settlement Classes:

> All current and former paid contributors to Vox Media, who were classified as independent contractors and performed work in California for any SB Nation team site from September 21, 2014 through the date of preliminary approval of the settlement by the Court or August 5, 2020, whichever is earlier (the "California Settlement Class");

> All current and former paid contributors to Vox Media, who were classified as independent contractors and performed work in New Jersey for any SB Nation team site from March 31, 2014 through the date of preliminary approval of the settlement by the Court or August 5, 2020, whichever is earlier (the "New Jersey Settlement Class" and collectively with the California Settlement Class, "Rule 23 Settlement Classes");

4. Approve Plaintiffs Cheryl C. Bradley, John M. Wakefield and Maija Liisa Varda

2

787017.3

as representatives of the FLSA Settlement Class;

5. Preliminarily approve Plaintiffs Tamryn Spruill and Jacob Sundstrom as representatives of the California Settlement Class;

6. Preliminarily approve Plaintiff Patrick Reddington as representative of the New Jersey Settlement Class;

7. Preliminarily approve Goldstein, Borgen, Dardarian & Ho ("GBDH") and Jennings Sigmond, P.C. ("JS") as Class Counsel for the FLSA Settlement Class and the Rule 23 Settlement Classes;

8. Preliminarily approve RG2 Claims Administration as Settlement Administrator;

9. Preliminarily approve the Settlement Administrator's costs of claims administration, in an amount not to exceed Forty Thousand Dollars ($50,000.00);

10. Approve the Settlement Class Notices, true and correct copies of which are attached hereto as Exhibits 1 and 2 to the Settlement Agreement;

11. Approve the proposed procedure and schedule for completing the final approval process, as set forth in the Settlement Agreement and Proposed Order.

Dated:   August 17, 2020               Respectfully Submitted,

/s/ James E. Goodley
James E. Goodley (Bar No. PA0069)
jgoodley@jslex.com
Marc L. Gelman (PA 78857)*
mgelman@jslex.com
Ryan P. McCarthy (PA 323125)*
rmccarthy@jslex.com
JENNINGS SIGMOND, P.C.
1835 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 351-0613

David Borgen (CA 099354)*
dborgen@gbdhlegal.com

787017.3

Laura L. Ho (CA 173179)*
lho@gbdhlegal.com
Ginger Grimes (CA 307168)*
Ggrimes@gbdhlegal.com
Mengfei Sun (CA 328829)*
Msun@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800
Fax: (510) 835-1417

*Admitted pro hac vice*

*Attorneys for Plaintiffs and the Classes*